UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW TOLMASOV, | ) | CASE NO. CV 15-5040 AGR |
|               Plaintiff, | ) | |
| | ) | JUDGMENT |
|    v. | ) | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) | |
|               Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: January 27, 2016

                                        ALICIA G. ROSENBERG
                                      United States Magistrate Judge